Michael T. McGUIRE; James P. Klum; Grant M. Coffey; Patrick A. Dooney; Jerry L. Ivie, et al., Plaintiffs–Appellees,

v.

CITY OF PORTLAND, OREGON, Defendant–Appellant.

No. 95–35391.

United States Court of Appeals, Ninth Circuit.

March 14, 1997.

Terence L. Thatcher, Office of City Attorney, Portland, OR, for defendant-appellant.

Kathryn T. Whalen, Bennett & Hartman, Portland, OR, for plaintiffs-appellees.

Charles C. Jackson, Seyfarth, Shaw, Fairweather & Geraldson, Chicago, IL, for amicus National Public Employer Labor Rela-

tions Association/Oregon Public Employer Labor Relations Association.

Before: GOODWIN, SKOPIL and SCHROEDER, Circuit Judges.

Consideration of the petition for rehearing and suggestion for rehearing en banc is ordered resubmitted to the panel.

The petition for rehearing is GRANTED. The opinion in this case filed on August 2, 1996, is WITHDRAWN.

This case is REMANDED to the district court for further proceedings in accordance with *Auer v. Robbins*, 519 U.S. ——, 117 S.Ct. 905, 137 L.Ed.2d 79 (1997).